# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ERICA MILTON, QUINCY MILTON
AND JOHNNY MILTON

NO. 2026 CW 0047

VERSUS

CARDIOVASCULAR INSTITUTE OF
THE SOUTH, AAC, LLC

**MAY 18, 2026**

---

In Re:   Cardiovascular Institute of the South and LAMMICO,
         applying for supervisory writs, 19th Judicial District
         Court, Parish of East Baton Rouge, No. 713175.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**

                                HG
                                TPS

   **McClendon, C.J.**, dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT